[No. 17568-1-II.  Division Two.  October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL
WESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00367-4, Leonard Costello, J., entered September 29, 1993. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 33004-7-I.  Division One.  October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
ROCKWELL HARRISON LYON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07519-5, Harriett M. Cody, J., entered June 7, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33369-1-I.  Division One.  October 2, 1995.]

*In the Matter of* MARTIN MEDINA, *Appellant*, v.
THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-8-00312-7, Frank Morrow, J., entered August 26, 1993. *Affirmed* by unpublished per curiam opinion.

°

[No. 33474-3-I.  Division One.  October 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOVAN
ALEXANDER HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-00533-6, Anthony P. Wartnik, J., entered September 22, 1993. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.